■ URI TORNHEIM, Appellant, v BLUE & WHITE FOOD PRODUCTS CORP., Respondent. [931 NYS2d 244]—

Upon his motion to vacate the judgment, the plaintiff failed to present either newly-discovered evidence which, if introduced at trial, would have produced a different result (*see* CPLR 5015 [a] [2]), or any evidence of fraud, misrepresentation, or other misconduct on the part of the defendant (*see* CPLR 5015 [a] [3]). Therefore, the motion was properly denied (*see Walker v Weinstock*, 255 AD2d 508 [1998]).

Moreover, the conduct of the plaintiff and his attorney in pursuing the instant appeal appears to be (a) completely without merit in law or fact and unsupported by a reasonable argument for an extension, modification, or reversal of existing law, or (b) undertaken primarily to delay or prolong the resolution of litigation or to harass or maliciously injure another (*see* Rules of Chief Administrator of Cts [22 NYCRR] § 130-1.1 [c]; *Tornheim v Blue & White Food Prods. Corp.*, 73 AD3d 749 [2010]; *Weinstock v Weinstock*, 253 AD2d 873, 874 [1998], *cert denied* 526 US 1088 [1999]; *Palmieri v Thomas*, 29 AD3d 658, 659 [2006]). Accordingly, we direct counsel for the parties to submit an affirmation or affidavit on the issue of the imposition of sanctions and/or costs, if any, against the plaintiff and/or his counsel pursuant to 22 NYCRR 130-1.1 (c). Skelos, J.P., Balkin, Leventhal and Hall, JJ., concur.